UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 05-22932-reb |
| | ) | |
| Daryl Dorothea Lesniak & Thomas D. Lesniak, | ) ) ) | (Chapter: 7) |
| DEBTOR(s). | ) | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On September 13, 2009, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $11,815.16 on behalf of Denovus Corporation, LTD, as assignee of Mile Rock Master Fund I/Juniper Bank, Truelogic Financial Corp. ("Claimant").

On August 12, 2012, Claimant filed a petition seeking payment. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

**ORDERED** that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $11,815.16 payable to Denovus Corporation, LTD, as assignee of Mile Rock Master Fund I/Juniper Bank, Truelogic Financial Corp. and shall send said check to payee at the following address: c/o American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

**IT IS SO ORDERED** this 20th day of _____Aug_____, 2012.

Judge Robert Brizendine
United States Bankruptcy Judge

Prepared by:

Greg Griffith
Attorney-in-fact for Denovus Corporation, LTD, as assignee of Mile Rock Master Fund I/Juniper Bank, Truelogic Financial Corp.

American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900


Distribution List:

United States Attorney
Attn:  Civil Process Clerk
Richard B. Russell Federal Bldg
75 Spring Street., SW, Ste 600
Atlanta, GA  30303


Greg Griffith
American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK  73013